IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

STEVEN DECARLOW and INGRED
DECARLOW,

        Plaintiffs,

    v.

U.S. BANK NATIONAL ASSOCIATION
and NORTHWEST TRUSTEE SERVICES,
INC.,

        Defendants.

1:12-cv-840-CL

**TEMPORARY RESTRAINING ORDER**

**PANNER, J.**

    Plaintiffs seek an ex parte temporary restraining order to enjoin the foreclosure sale of their house. Plaintiffs allege the house is scheduled for a foreclosure sale on May 18, 2012 and defendants have not complied with the legal requirements for a valid non-judicial foreclosure. Amongst other arguments, plaintiffs allege defendants failed to record all assignments of the trust deed in the county land records prior to initiating the foreclosure proceedings. In Oregon, a party initiating non-judicial foreclosure proceedings must record all assignments of the trust deed. ORS 86.735(1); <u>Hooker v. Northwest Trustee</u>

1  - ORDER

Services, Inc., 2011 WL 2119103, *3 (D. Or. May 25) (internal citation omitted; In re McCoy, 2011 WL 477820, at *3-4 (Bankr. D. Or. Feb. 7)); James v. Recontrust Co., et al, 2012 WL 653871, at *19-20 (D. Or.). Plaintiffs allege MERS is listed as the beneficiary on the deed of trust at issue.

Because of the alleged imminent foreclosure sale, and because the presence of MERS demonstrates a high probability that defendants did not comply with the recording requirements of the Oregon Trust Deed Act, I grant plaintiffs' request for a temporary restraining order (#4). Defendants, and their officers, agents, etc..., and other persons in active concert or participation with defendants, who receive actual notice of this order, are restrained from conducting a foreclosure sale for the following property: 4746 Hathaway Drive, Medford, Oregon, from this day until Wednesday, May 30, 2012, at 5:00 p.m. This court will hold a hearing on whether to issue a preliminary injunction at 9:00 a.m. on May 30, 2012, in the James A. Redden Courthouse in Medford.

IT IS SO ORDERED.

DATED this 16th day of May, 2012 at 2 o'clock p.m.

/s/ Owen . M. Panner

OWEN M. PANNER
U.S. DISTRICT JUDGE