Ian Kyle, OSB # 094128
Email: ikyle@rcolegal.com
Routh Crabtree Olsen, P.C.
621 SW Alder Street, Suite 800
Portland, OR 97205-3623
Phone: 503-517-7183, Fax: 503-977-7963
Attorney for Defendant Northwest Trustee Services, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| STEVEN DECARLOW and INGRED DECARLOW, | Case No.1:12-CV-840-CL |
| Plaintiffs, | STIPULATED LIMITED JUDGMENT OF DISMISSAL BETWEEN PLAINTIFFS & DEFENDANT NORTHWEST TRUSTEE SERVICES, INC. |
| vs. | |
| U.S. BANK NATIONAL ASSOCIATION and NORTHWEST TRUSTEE SERVICES, INC., | |
| Defendants. | (With Prejudice) |

1.

Defendant, Northwest Trustee Services, Inc. ("NWTS"), by and through its attorneys of record, Routh Crabtree Olsen P.C. and Ian Kyle, and Plaintiffs Steven DeCarlow and Ingred DeCarlow by and through her attorney of record, Rich Billin, hereby stipulate and agree as follows:

### STIPULATION:

2.

The relevant real property referenced in the Complaint in the above captioned action is commonly known as 4746 Hathaway Drive, Medford, Oregon (the "Property").

Page 1 – STIPULATED LIMITED JUDGMENT OF DISMISSAL

3.

Plaintiffs have agreed to dismiss NWTS from the above-captioned lawsuit on the condition that NWTS does not initiate foreclosure proceedings against the Property unless: 1.) permitted by order of this Court or 2.) until Plaintiffs' claims in the above-captioned lawsuit against Defendant U.S. Bank National Association ("U.S. Bank") are resolved through judgment.

4.

For purposes of this Stipulated Limited Judgment, initiation of foreclosure shall be defined to mean the recording of a notice of default and election to sell pursuant to ORS 86.735(3). NWTS may be appointed the successor trustee to the deed of trust without being deemed to have initiated foreclosure against the Property for purposes of this Stipulated Limited Judgment.

5.

This Stipulated Limited Judgment shall have no evidentiary value in connection with Plaintiffs' claims against U.S. Bank or any counterclaims such co-defendants may raise against Plaintiffs.

6.

Plaintiffs and Defendant NWTS hereby stipulate and agree to the Order and Judgment as set out below and for its immediate entry without further delay. Neither Plaintiffs nor Defendant NWTS shall be awarded damages, costs, attorney fees, or prevailing party fees through this Judgment, should this Judgment be entered.

/ /
/ /
/ /

## ORDER AND LIMITED JUDGMENT OF DISMISSAL:

7.

It is ORDERED and ADJUDGED that pursuant to the Stipulations set forth above, Defendant Northwest Trustee Services, Inc. is DISMISSED from the above-captioned action with prejudice, without an award of damages, prevailing party fee, attorney fees, or costs to any party.

DATED: this __31__ day of __May__ 2012.

_____
~~HON. MARK D. CLARKE~~
Judge

SO STIPULATED:

__/s/ Rich Billin_____
Rich Billin, OSB # 904546
Attorney for Steven DeCarlow and Ingred DeCarlow
PO Box 279
Medford, OR 97501
Phone: 541-776-9900
Fax: 541-776-1005
rich@billinpc.com

__/s/ Ian Kyle_____
Ian Kyle, OSB # 094128
Attorneys for Northwest Trustee Services, Inc.
621 SW Alder St., Suite 800
Portland, OR 97205-3623
Phone: 503-517-7183
Fax: 503-977-7963
ikyle@rcolegal.com


Presented by:

__/s/ Ian Kyle_____
Ian Kyle, OSB # 094128
Attorney for Defendant NWTS


Page 3 – STIPULATED LIMITED JUDGMENT OF DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Limited Judgment Between Plaintiffs & Defendant Northwest Trustee Services, Inc. (Stipulated) upon the following parties on the ___30th___ day of May, 2012.

**VIA ECF**
Rich Billin, OSB # 904546
PO Box 279
Medford, OR 97501
Phone: (541) 776-9900
Fax:  (541) 776-1005
rich@billinpc.com
    Attorney for Plaintiffs

DATED this _30th_ day of May, 2012.

**ROUTH CRABTREE OLSEN, P.C.**

By:  /s/ Ian Kyle
    Ian Kyle, OSB # 094128
    Attorneys for NWTS

Page 4 – STIPULATED LIMITED JUDGMENT OF DISMISSAL